IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: ANTHONY SMITH, et al. v. AMERICAN HOME PRODUCTS CORPORATION, et al. | CIVIL ACTION NO. 04-20219 |

PRETRIAL ORDER NO. 8328

AND NOW, this 23rd day of October, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of Wyeth and Indevus Pharmaceuticals, Inc. for summary judgment is GRANTED; and

(2) judgment is entered in favor of Wyeth (formerly known as American Home Products Corporation) and Indevus Pharmaceuticals, Inc. and against Annie Mitchell and Debbie Easterly.

BY THE COURT:

_____
C.J.